# NO. 12-11-00125-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JOE SALINAS ESTRADA, JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*

Relator, Joe Salinas Estrada Jr., filed a pro se petition for writ of mandamus alleging various "civil and criminal rights violations complaints." He identifies the respondents as "Doug Lowe, Janice Staples, Greg Abbott, Rick Perry, Todd A. Foxworth, James Rheams, Lynn Clark, Nathanial Quatermen, Brad Livingston, Maria Ramizez, Anthony W. Allison, Evelyn Green, Lance A. Rogers, Justin W. Scoggins, et al."

This court's mandamus jurisdiction is expressly limited to (1) writs against a district court judge or county court judge in the court of appeals district, and (2) all writs necessary to enforce the jurisdiction of the court of appeals. TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004). The respondents named in Estrada's mandamus petition are not district judges or county court judges. Therefore, this court does not have mandamus jurisdiction over the respondents unless mandamus is necessary to enforce the court's jurisdiction.

Estrada has not shown that mandamus against any of the named respondents is necessary to enforce this court's jurisdiction. Consequently, we lack jurisdiction to grant the requested relief. *See id*. Accordingly, the petition for writ of mandamus is ***dismissed***. All pending motions are overruled as moot.

**BRIAN HOYLE**
Justice

Opinion delivered May 18, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)